IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| MICHAEL J. BERCUTT | ) | |
| and MARSHA R. BERCUTT, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 150320N |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered August 19, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Plaintiffs' written request, filed August 6, 2015, to withdraw this appeal.

Following a case management conference on June 30, 2015, Defendant filed a Motion for Discovery seeking permission to obtain a site inspection of the subject property. (Def's Mot Disc at 1-2.) The parties fully briefed the issue. (*See* Ptfs' Resp Mot Disc; Def's Ltr, July 27, 2015; Ptfs' Ltr, July 30, 2015.) On July 31, 2015, the court issued an Order Granting Site Inspection (Order), permitting Defendant to inspect the subject property for a limited period of time. (Order at 5.) In response to the court's Order, Plaintiffs filed a request to withdraw their appeal, stating that "[b]ased on [the court's] response to [Defendant's] request for site inspection, [we] see the only way to prevent them coming onto [our] property is to withdraw [our] appeal and accept the [Board of Property Tax Appeals] Real Market Value." (Ptfs' Ltr at 1, Aug 6,

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 150320N                                        1

2015.)  Plaintiffs further requested that the court vacate the Order "as the case is no longer in front of the [c]ourt."  (*Id*.)

As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiffs' request.  After considering the matter, the court finds the case should be dismissed. Because the case is dismissed, a site inspection of Plaintiffs' property is no longer necessary. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ____ day of September 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by* <u>*mailing*</u> *to: 1163 State Street, Salem, OR 97301-2563; or by* <u>*hand delivery*</u> *to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within* <u>*60*</u> *days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on September 8, 2015.*